UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIO VISTA VENTURES, LLC, | Case No: 8:15-cv-01956-JAK-JCG |
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | <mark>J-S 6</mark> |
| PORTOLA FARM AND FOOD DISTRIBUTORS, INC., et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Pursuant to Fed. R. Civ. P. 58:

     1.    Judgment is entered in favor of Plaintiff, Rio Vista Ventures, LLC and against Defendants, Jaime S. Ortega and Portola Farm and Food Distributors, Inc. ("Portoa"), in the principal amount of $38,896.56, together with taxable costs in the sum of $981.40, contractual pre-judgment interest in the sum of

$8,441.27, attorney's fees of $2,933.79, for a total judgment amount of **$51,253.02.** Ortega and Portola are jointly and severally liable for this amount.

2.     Judgment is entered in favor of Plaintiff and against Portola, in the additional amount of taxable costs of **$210**.

**IT IS SO ORDERED**.


DATED: May 12, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE